UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-14073-CR-MARTINEZ/LYNCH(s)

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JOSEPH ROBERT FORTUNATO,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on February 8, 2011. A Report and Recommendation was filed on February 23, 2011, (D.E.#86), recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a *de novo* review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to Count Seven of the Superseding Indictment, which charges the Defendant with receipt and possession of unregistered machine guns, in violation of Title 26, United States Code, Section 5861(d).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23 day of March, 2011.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office